IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDITH BLOWE,** | )<br>)<br>) |
|                 *Plaintiff*, | )    Case No. 1:15-cv-00822-JEB<br>) |
| v. | )    Jury Trial Demand<br>) |
| **DEB HAALAND, Secretary of the Interior,** | )<br>) |
|                 *Defendant*. | )<br>) |

### CONSENT MOTION TO FILE PLAINTIFF'S CORRECTED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Plaintiff Judith Blowe, ("Plaintiff"), by and through counsel hereby files this Consent Motion to File the Corrected Opposition to Defendant Deb Haaland, in her official capacity as Secretary of the United States Department of the Interior's ("Defendant" or "the Agency"), Motion for Summary Judgment, and in support thereof states as follows.

    Defendant filed a motion for summary judgment on November 15, 2024. Plaintiff's opposition to the Defendant's motion for summary judgment was due on January 21, 2025. Plaintiff respectfully requests to file the corrected opposition. Good cause exists for granting the requested relief. Counsel for Plaintiff filed the opposition, but the opposition contains citation errors that need to be corrected. Accordingly, Plaintiff requests the Court to grant Plaintiff's motion to file the corrected opposition to defendant's motion for summary judgment.

    Counsel for Plaintiff contacted counsel for Defendant for their position on this motion. Defendant consents and requests the Court to reset the government's reply deadline to February 28, 2025, to be in line with the previous schedule.

WHEREFORE, Plaintiff Judith Blowe requests to File the Corrected Opposition to Defendant Deb Haaland, in her official capacity as Secretary of the United States Department of the Interior

Date: January 27, 2025                                     Respectfully submitted,

                                                                       */s/ David Branch*
                                                                         David A. Branch
                                                                         D.C. Bar No. 438764
                                                                         Law Offices of David A. Branch
                                                                          & Associates, PLLC
                                                                         1120 Connecticut Avenue, NW
                                                                         Suite 500
                                                                         Washington, DC 20036
                                                                         Phone: (202) 785-2805

## **CERTIFICATE OF SERVICE**

I hereby certify this 27th day of January 2025, that a copy of the forgoing motion will be sent via the Court's e-filing system on counsel for the Defendant listed below:

Kaitlin K. Eckrote, D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252–2485
Kaitlin.Eckrote@usdoj.gov

                                         */s/ David Branch*
                                         David A. Branch

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDITH BLOWE,** ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:15-cv-00822-JEB |
| ) | |
| v. ) | Jury Trial Demand |
| ) | |
| **DEB HAALAND, Secretary of the Interior,** ) | Hon. Judge James E. Boasberg |
| ) | |
| *Defendant*. ) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion to File the Corrected Opposition to Defendant Motion for Summary Judgment, it is this _____ day of _____ 2025, hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; Plaintiff must file her Corrected Opposition to Defendant's Motion for Summary Judgment on or before _____.

**SO ORDERED**.

_____
JAMES E. BOASBERG
Chief United States District Judge

4